SEALED

FILED
AUG 17 2026
Bonnie N. Hackler Acting Clerk
U S DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**TREMAYNE CURTIS CHARLES GARDNER,**
**a/k/a "ithrowwwrockkkss5kk,"**
**MARIO DESHUN BROWN JR.,**

**Defendants.**

**Case No.** 26 CR 310 - JDR

**FILED UNDER SEAL**

**INDICTMENT**
**[COUNT ONE: 18 U.S.C. § 111(a)(1) and 111(b) – Assault of a Federal Employee;**
**COUNT TWO: 18 U.S.C. § 1951 – Obstructing, Delaying, and Affecting Commerce by Robbery;**
**COUNT THREE: 18 U.S.C. § 924(c)(1)(A)(ii) – Carrying, Using, and Brandishing a Firearm During and in Relation to a Crime of Violence;**
**COUNT FOUR: 18 U.S.C. § 1704 – Theft of a Postal Service Key]**

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[18 U.S.C. §§ 111(a)(1) and 111(b)]**

On or about June 3, 2025, in the Northern District of Oklahoma, the defendants, **TREMAYNE CURTIS CHARLES GARDNER**, a/k/a "ithrowwwrockkkss5kk," and **MARIO DESHUN BROWN JR.**, aiding and abetting each other, intentionally and forcibly assaulted, impeded, intimidated, and interfered with T.H., a person known to the Grand Jury who was an employee of the United States, specifically, a United States Postal Service mail carrier, while T.H. was engaged in the performance of his official duties, and, in the commission of those acts, **GARDNER** used a deadly and dangerous weapon.

All in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

**COUNT TWO**
**[18 U.S.C. § 1951]**

On or about June 3, 2025, in the Northern District of Oklahoma, the defendants, **TREMAYNE CURTIS CHARLES GARDNER**, a/k/a "ithrowwwrockkkss5kk," and **MARIO DESHUN BROWN JR.**, aiding and abetting each other, obstructed, delayed, and affected interstate commerce and the movement of articles in such commerce by robbery.

All in violation of Title 18, United States Code, Section 1951.

## COUNT THREE
## [18 U.S.C. § 924(c)(1)(A)(ii)]

On or about June 3, 2025, in the Northern District of Oklahoma, the defendants, **TREMAYNE CURTIS CHARLES GARDNER**, a/k/a "ithrowwwrockkkss5kk," and **MARIO DESHUN BROWN JR.**, aiding and abetting each other, knowingly carried, used, and brandished a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, Assault of a Federal Employee and Obstructing, Delaying, and Affecting Commerce by Robbery, as set forth more fully in Counts One and Two of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

**COUNT FOUR**
**[18 U.S.C. § 1704]**

On or about June 3, 2025, in the Northern District of Oklahoma, the defendants, **TREMAYNE CURTIS CHARLES GARDNER**, a/k/a "ithrowwwrockkkss5kk," and **MARIO DESHUN BROWN JR.**, aiding and abetting each other, stole any key suited to any lock adopted by the Post Office Department and the Postal Service and in use on any of the mails and bags thereof, and any key to any lock box, lock drawer, and other authorized receptacle for the deposit and delivery of mail matter.

All in violation of Title 18, United States Code, Section 1704.

CHRISTOPHER J. NASSAR
United States Attorney

GEORGE JIANG
Assistant United States Attorney

A TRUE BILL

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson